598

394 A.2d 616

Commonwealth ex rel. Piorkowski v. Piorkowski,
Appellant.

Commonwealth ex rel. Piorkowski, Appellant,
v. Piorkowski.

Argued June 16, 1978. Anita B. Brody, for appellant at No. 383, and appellee at No. 444; M. Sweeney, with him Garland D. Cherry, for appellant at No. 444, and appellee at No. 383.

Order affirmed.

394 A.2d 616

Commonwealth ex rel. Schaffer et al. v.
Heiser, Appellant.

Argued June 12, 1978. Steven A. Cotlar, for appellant; James Bogar, for appellees.

Order affirmed.